Andrea Milliscent YOUNG, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 00–6715.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2000.

Decided Jan. 18, 2001.

Andrea Milliscent Young, pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Andrea Milliscent Young seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). Young's petition is barred by the one-year statute of limitations. *See* 28 U.S.C.A. § 2244(d) (West 1994 & Supp.2000). Young's conviction became final in 1995, but she did not file her § 2254 petition in the district court until December 1998, long after the limitations period expired. *Harris v. Hutchinson*, 209 F.3d 325, 327 (4th Cir.2000) (rejecting habeas petitioner's argument that limitations period did not begin until termination of state post-conviction proceedings, and holding that period instead commences "upon conclusion of direct review of a judgment of conviction"); *see Hernandez v. Caldwell*, 225 F.3d 435, 439 (4th Cir.2000) (establishing April 24, 1997, as the cut-off date for petitioners to seek habeas relief from state convictions that had become final prior to the April 24, 1996 effective date of the Anti–Terrorism and Effective Death Penalty Act of 1996).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*